# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00032-ART-EJY-2 |
| Plaintiff, | **ORDER** |
| v. | |
| MUSTAFA H. RIVERS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, November 21, 2024 at 1:00 p.m., is vacated and continued to Monday, December 2, 2024, at 11:00 a.m. via video before U.S. District Court Judge Anne R. Traum. Counsel will be provided a Zoom invitation to join the virtual hearing.

DATED this 20th day of November, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

3